UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:04CR279 HEA |
| | ) |
| ANTHONY CORNELL ROBINSON, | ) |
| | ) |
| Defendant. | ) |

**AMENDED ORDER ADOPTING SETTLEMENT AGREEMENT**

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimant, Floralee Robinson,

**IT IS HEREBY ORDERED** that pursuant to that agreement, the property described below is hereby forfeited to the United States of America, to be disposed of according to law,

> 1482 &1484 Good fellow Blvd., St. Louis Missouri 63147; parcel number 38190900800; C.B. 3819 Wa Good fellow, 25 ft 6 in x 190ft/187 ft, Gambles 2nd Addn, Block 3 Lop PT 10-11, BD N-139.6 ft SSL Easton.

The United States of America shall, upon the dale of the forfeited defendant property in accordance with law, pay the United States Marshal Service their fees and expenses incurred.

After the United States Marshal Service has been paid, the remaining funds

will be divided equally between the United States of America and Floralee Robinson.

This matter is dismissed, with each party to bear its own costs.

Dated this 7th day of July, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE